RIMÔN LAW
www.rimonlaw.com

September 29, 2026

**VIA ECF**
The Honorable Louis A. Scarcella
United States Bankruptcy Judge
Eastern District of New York
Central Islip, New York

**Re: Kenneth P. Silverman, chapter 7 Trustee of the Bankruptcy Estate of the Law Offices of Edward J. Lake, P.C. d/b/a The Lake Law Firm v. Winona Foods, Inc.**
**Adv. Proc. No. 26-08069 (LAS)**

Dear Judge Scarcella:

We write jointly on behalf of the parties in the above-captioned adversary proceeding (the "Adversary Proceeding") to respectfully advise the Court that the parties have conferred and agreed upon the following schedule for the completion of discovery and related pretrial matters:

1. The parties shall exchange initial disclosures pursuant to Federal Rule of Bankruptcy Procedure 7026 and Federal Rule of Civil Procedure ("FRCP") 26(a)(1) on or before **October 23, 2026**;

2. The parties consent to the amendment of their respective pleadings, if any, pursuant to FRCP 15(a)(2), on or before **December 30, 2026**;

3. All discovery demands, including interrogatories, requests for production of documents, and requests for admission, shall be served on or before **February 15, 2027**;

4. All responses and objections to discovery demands shall be served on or before **March 15, 2027**;

5. Depositions, to the extent necessary, shall be completed on or before **June 15, 2027**; and

6. The parties shall meet and confer on or before **January 15, 2027**, to discuss any amendments to the existing case schedule that may be necessary.

The parties respectfully request that the Court so-order the foregoing schedule. We remain available for a conference at the Court's convenience should the Court have any questions or wish to discuss this matter further.

Respectfully submitted,

Rimôn, PC

By: *s/ Meghan Lavine*
Meghan Lavine
100 Jericho Quadrangle, Suite 300
Jericho, New York 11753
516-479-6312
Meghan.Lavine@rimonlaw.com

*Counsel to the Trustee*

Raines Feldman Littrell LLP

By: _*Robert C. Yan*_________
Robert C. Yan
1350 Avenue of the Americas, 22nd Floor
New York, New York 10019
917-790-7100
Ryan@raineslaw.com

Michael Best & Friedrich LLP

By: _*s/ Christopher J. Schreiber*____
Christopher J. Schreiber
790 North Water Street, Suite 2500
Milwaukee, Wisconsin 53202
414-225-8284
CJSchreiber@michaelbest.com

*Counsel to the Defendant*